SEALED DOCUMENT PURSUANT.
TO E-GOVERNMENT ACT OF 2002

# United States District Court

## WESTERN DISTRICT OF TEXAS

Filed 11-3-06
Clerk, U. S. District Court
Western District of Texas
By _____
Deputy

UNITED STATES OF AMERICA

v.

MICHAEL ANTHONY ZUNIGA (1),
FRANK NAVARRO (2),
DORA JEAN RODRIGUEZ (3),
RAUL MAGALLANES (4) and
JOSE CRUZ RODRIGUEZ (5)

**CRIMINAL COMPLAINT**

CASE NUMBER: SA 06-635M

I, the undersigned complainant, being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about ____November 3, 2006____ in Bexar County and elsewhere, in the Western District of Texas defendant(s) did

unlawfully, knowingly and intentionally aid and abet each other in the Possession with Intent to Distribute a controlled substance, which offense involved 5 kilograms or more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance,

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 841(b)(1)(A) and Title 18 United States Code, Section 2.

I further state that I am a(n) <u>San Antonio Police Department Detective</u> and that this complaint is based on the following facts:

For the past year, the narcotics unit of the San Antonio Police Department (SAPD) has maintained periodic surveillance of **MICHAEL ANTHONY ZUNIGA (ZUNIGA)** in San Antonio and Austin, Texas and surveillance of the apartment of **JOSE CRUZ RODRIGUEZ (RODRIGUEZ)** located in the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Austin, Travis County, Texas. I had received information from confidential informants who told me that the subjects were involved in a large scale narcotics distribution network in San Antonio and Austin. Through surveillance, we identified individuals and owners of vehicles who would frequent both **RODRIGUEZ'** apartment in Austin, Texas, and **ZUNIGA's** apartment located in the ▮▮▮▮▮▮▮▮▮▮▮▮, San Antonio, Bexar County, Texas. During surveillance of both locations, we observed numerous exchanges which appeared to be narcotics transactions. Recently, I received information that the subjects had received a large shipment of cocaine.

Based on the information gathered, I obtained a state search warrant to search **ZUNIGA's** apartment.

Continued on the attached sheet and made a part hereof: ☒Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____November 3, 2006_____ at _____San Antonio, Texas_____
Date                                                                              City and State

NANCY STEIN NOWAK
United State Magistrate Judge                      _____
Name & Title of Judicial Officer                          Signature of Judicial Officer

UNITED STATES OF AMERICA

v.

MICHAEL ANTHONY ZUNIGA (1),
FRANK NAVARRO (2),
DORA JEAN RODRIGUEZ (3),
RAUL MAGALLANES (4) and
JOSE CRUZ RODRIGUEZ (5)

CRIMINAL COMPLAINT
Page 2 of 3

On November 2, 2006, surveillance was maintained on **ZUNIGA's** apartment. During this period, a white 1990 Honda Accord pulled into the apartment complex. The passenger, later identified as **FRANK NAVARRO (NAVARRO)**, was observed as he walked to the apartment and entered the apartment for a very brief moment then he ran to the vehicle. The vehicle departed from the location and was stopped by uniformed police officers **NAVARRO** attempted to conceal some marijuana and the driver, identified as **DORA JEAN RODRIGUEZ (DJ RODRIGUEZ)** attempted to conceal a pipe and it appeared that she had been smoking cocaine which she later admitted. Both subjects were arrested and a search of the vehicle incident to arrest resulted in the seizure of a kilogram of cocaine and two plastic bags containing about 9 ounces of cocaine concealed in the armrest of a door panel.

Meanwhile, the search warrant was executed at **ZUNIGA's** apartment. **ZUNIGA** was advised of the contents of the warrant and his constitutional rights. **ZUNIGA** admitted that **NAVARRO** was suppose to return with more cocaine for a transaction that was suppose to take place at his apartment. No other drugs were found in **ZUNIGA's** apartment.

At the stop, **NAVARRO** admitted that he had additional cocaine at his apartment. **NAVARRO** provided written consent to search his apartment located in the ███████████████, San Antonio, Bexar County, Texas. **NAVARRO's** girlfriend who lives with him also provided written consent. A search of the apartment resulted in the seizure of approximately 2 kilograms of cocaine and unwrapped packaging material consistent with about 15 bundled bricks of cocaine and a large digital scale

Given the fact that the information I received pertained to a multi-kilogram delivery, our team of detectives coordinated with the Austin Police Department to maintain surveillance on the Austin subject.

On November 3, 2006, at about 12:30 a.m. we arrived in Austin and maintained surveillance of **RODRIGUEZ's** apartment. During surveillance, **RODRIGUEZ** was observed arriving at the apartment then leaving shortly thereafter. Furthermore, another male, later identified as **RAUL MAGALLANES (MAGALLANES)** was observed as he arrived in a Ford Explorer and walked to the apartment. **MAGALLANES** unlocked the apartment door with a key and entered the apartment then he departed shortly thereafter. **MAGALLANES** was followed and it appeared that he suspected that someone was following him because he was making "heat runs". Surveillance observed **MAGALLANES** toss an object outside of the vehicle he was driving; however, the officers could not locate the item. **MAGALLANES** was stopped and officers identified him. **MAGALLANES** stated that he was from Corpus Christi, Texas; however, there was some indication that he might be from San Antonio.

UNITED STATES OF AMERICA

CRIMINAL COMPLAINT
Page 3 of 3

v.

MICHAEL ANTHONY ZUNIGA (1),
FRANK NAVARRO (2),
DORA JEAN RODRIGUEZ (3),
RAUL MAGALLANES (4) and
JOSE CRUZ RODRIGUEZ (5)

**MAGALLANES** also indicated that he was unemployed. A canine unit made the location and alerted the K-9 trainer to the odor of controlled substances in a hidden compartment in the Expedition; however, no drugs were found. **MAGALLANES** was in possession of $3,700.00 in U. S. Currency, in small denominations and the key to **RODRIGUEZ'** apartment.

Shortly after **MAGALLANES** was stopped, **RODRIGUEZ** arrived at the apartment in a white Lincoln Navigator which we had previously identified as being connected with this narcotics operation. Specifically, we had observed other individuals operating the Navigator and going to and from **RODRIGUEZ'** apartment. **RODRIGUEZ** entered the apartment utilizing a key and about 2 - 3 minutes later, exited the apartment. **RODRIGUEZ** switched vehicles and entered a green Dodge Durango then departed. **RODRIGUEZ** was stopped by uniformed officers and identified. **RODRIGUEZ** was advised of an ongoing   investigation of the ▮▮▮▮▮▮ apartment and he denied any knowledge of such apartment. Upon informing **RODRIGUEZ** of the surveillance of the apartment that had just occurred, **RODRIGUEZ** admitted his knowledge of the apartment. **RODRIGUEZ** provided written consent to search the apartment in the ▮▮▮▮▮▮▮▮, Austin, Travis County, Texas.

The Austin Police Department Officers and the detectives of the San Antonio Police Department found approximately 8 kilograms of cocaine, 100 pounds of marijuana, about three large trash bags filled with unwrapped packaging material consistent with numerous bundled bricks of cocaine, scales and other narcotics paraphernalia as well as United States Currency all over the apartment. The apartment was in fact a stash house for narcotics trafficking.

The substances were field tested and reacted positive for cocaine.   All arrested persons in San Antonio were transported and booked into the GEO facility. The two individuals in Austin were arrested and booked into the Travis County Detention Center.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence on November 3, 2006, at San Antonio, Texas,

_____
NANCY STEIN NOWAK
United State Magistrate Judge