SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

# United States District Court

## WESTERN DISTRICT OF TEXAS

RECEIVED
USMS W/TX 80)

NOV 0 7 2006

WARRANTS
SAN ANTONIO

UNITED STATES OF AMERICA

FILED
NOV - 9 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

v.

**WARRANT FOR ARREST**

DORA JEAN RODRIGUEZ
San Antonio, Texas

CASE NUMBER:    SA 06-635M-3

TO:    The United States Marshal
and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest ____DORA JEAN RODRIGUEZ_____
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

□ Indictment  □ Information  ☑ Complaint  □ Order of court  □ Violation Notice  □ Probation Violation Petition

charging him with unlawfully, knowingly and intentionally Aiding and Abetting in the Possession with Intent to Distribute a controlled substance, which offense involved 5 kilograms or more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance,

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 841(b)(1)(A) and Title 18 United States Code, Section 2.

NANCY STEIN NOWAK_____
Name of issuing Officer

UNITED STATES MAGISTRATE JUDGE___
Title of Issuing Officer

_____
Signature of Issuing Officer

November 3, 2006    San Antonio, Texas
Date and Location

Bail Fixed at $_____    by    _____
                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED:<br>11-03-2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST:<br>11-02-2006 | Valente Garcia,<br>SAPD Narcotics Detective | V. Cerv____ |